The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELISE BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAME SHOW NETWORK, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 18-cv-05393-RBL<br><br>**STIPULATED MOTION AND ORDER GRANTING STAY PENDING INITIAL ARBITRATION PROCEEDINGS** |

## I. STIPULATION

Pursuant to Local Civil Rule 10(g), the undersigned parties, by and through their counsel, collectively make this stipulated motion to the Court to stay all proceedings in this action pending initial arbitration proceedings.

1. On May 16, 2018, Plaintiff filed this action. Dkt. 1.

2. On June 12, 2018, the Court entered a stipulated briefing schedule under which Defendant's anticipated motion to dismiss proceedings and compel arbitration was due July 2, 2018. Dkt. 24.

3. On July 2, 2018, Defendant timely filed its motion to dismiss proceedings and compel arbitration. Dkt. 25.

STIPULATED MOTION TO STAY
CASE NO. 18-CV-05393-RBL-1

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  4. After good faith discussions regarding the merits of Defendant's motion to compel arbitration, the parties have reached an agreement in principle to have an arbitrator resolve the gateway issue of whether Ms. Bell's claims are compulsorily arbitrable.[1]

5. Consequently, the parties seek to stay this action in its entirety pending a decision from the arbitrator as to whether Ms. Bell's claims are compulsorily arbitrable.

6. The parties agree that this stipulation does not waive or limit any of Defendant's rights or any of the arguments set forth in its motion to dismiss proceedings and compel arbitration (*see* Dkt. 25).

7. During the requested stay, the Parties propose to submit, at the Court's preferred frequency, a Joint Status Report apprising the Court of any developments in the arbitration proceedings.

8. Upon a decision from the arbitrator as to the compulsory arbitrability of Ms. Bell's claims, the Parties will immediately notify the Court of the arbitrator's decision and submit a Joint Status Report proposing next steps.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 10th day of August, 2018.

---

[1] To be clear, the parties agree that an arbitrator will decide the issue of arbitrability, but do not otherwise agree as to the arbitrability of Ms. Bell's claims.

STIPULATED MOTION TO STAY
CASE NO. 18-CV-05393-RBL-2

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

| | |
|---|---|
| s/ *Janissa A. Strabuk* | s/ *Michael E. Kipling* |

Janissa A. Strabuk, WSBA #21827
**Tousley Brain Stephens, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600
Fax: 206.682.2992
Email: jstrabuk@tousley.com

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Eve-Lynn Rapp (*pro hac vice*)
erapp@edelson.com
Todd Logan (*pro hac vice*)
tlogan@edelson.com
**Edelson PC**
123 Townsend Street, Suite 100
San Francisco, CA 94107
415.212.9300

*Counsel for Plaintiff*

Michael E. Kipling, WSBA #7677
Marjorie A. Walter, WSBA #40078
Timothy M. Moran, WSBA #24925
**Kipling Law Group PLLC**
4464 Fremont Avenue N., Suite 300
Seattle, WA 98103
(206) 545-0345
kipling@kiplinglawgroup.com
walter@kiplinglawgroup.com
moran@kiplinglawgroup.com

James P. Fogelman (*pro hac vice pending*)
Theane Evangelis (*pro hac vice pending*)
Timothy W. Loose (*pro hac vice pending*)
Reid F. Rector (*pro hac vice pending*)
**Gibson Dunn & Crutcher LLP**
333 S Grand Avenue
Los Angeles, California 90071
(213) 229-7000
jfogelman@gibsondunn.com
TEvangelis@gibsondunn.com
tloose@gibsondunn.com
RRector@gibsondunn.com

*Counsel for Defendant Game Show Network, LLC*

STIPULATED MOTION TO STAY
CASE NO. 18-CV-05393-RBL-3

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby ordered that all proceedings are stayed pending further Court order.

This order does not waive or limit any of Defendant's rights or any of the arguments set forth in its motion to dismiss proceedings and compel arbitration (*see* Dkt. 25).

The Parties shall submit a Joint Status Report with the Court every sixth (60) days.

The parties shall also submit a Joint Status Report immediately upon a decision from an arbitrator as to whether Plaintiff's claims are compulsorily arbitrable.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED this 13th day of August, 2018.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

STIPULATED MOTION TO STAY
CASE NO. 18-CV-05393-RBL-4

TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992