HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELISE BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAME SHOW NETWORK, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 18-cv-05393-RBL<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS** |

This matter comes before the Court on Defendant's Motion to Dismiss Proceedings and Compel Arbitration. Having considered the Motion, the Opposition and Reply, the Court enters its ORDER as follows:

1.   Defendant's motion is DENIED without prejudice.; and

IT IS SO ORDERED this 13th day of August, 2018.

Ronald B. Leighton
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO DISMISS - 1
(18-cv-05393-RBL)